**FRATELLI BRANCA & CO., Inc., v. PAGLIARO et al.**

No. 1145 Civil.

District Court, W. D. Pennsylvania.

Dec. 17, 1940.*

Frank, Weil & Strouse, of New York City, Frank R. Sack, of Pittsburgh, Pa., Samuel F. Frank, of New York City, and Alexander D. Rosenbaum and Isadore A. Bernstein, both of Pittsburgh, Pa., for plaintiff.

Joseph P. Passafiume, of Pittsburgh, Pa., for defendants.

GIBSON, District Judge.

The complainant alleges infringement of its trade-mark and unfair competition, and has moved for a preliminary injunction.

Despite the fact that it made out a prima facie case by the evidence produced upon the hearing upon said motion, the court feels that the motion must be refused. The function of a preliminary injunction is to maintain the status quo, and a temporary injunction would have the opposite effect. If violations of plaintiff's trade-mark exist, and continue, plaintiff may recover damages therefor on final hearing (which the court will list for an early date in January next upon application therefor).

*ED. NOTE: After trial upon the merits a decree was rendered on February 13, 1941, enjoining the defendants, their agents and employees, and persons purchasing from defendants, from doing certain acts, allowing the plaintiff to recover costs, and permitting plaintiff to apply for a supplemental provision for the assessment of damages.